JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANASTACIO TAFOYA-MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 13-0098-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO CONTINUE STATUS CONFERENCE AND** |
| v. ) | **EXCLUDE TIME** |
| ) | |
| ANASTACIO TAFOYA-MUNOZ, ) | |
| ) | DATE:  May 17, 2013 |
| Defendant. ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI Assistant United States Attorney, attorney for Plaintiff, and ANGELES ZARAGOZA Assistant Federal Defender attorney for Defendant, ANASTACIO TAFOYA-MUNOZ, that the status conference set for Friday, May 10, 2013 be continued to Friday, May 17, 2013 at 9:00 a.m.

    The reason for this continuance is because defense counsel will be out of town on May 10, 2013 and will need additional time to meet with the defendant.  The Fast-Track plea agreement has already been signed and provided to the government.  The parties agree that this case will

resolve without the need of a trial.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 17, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: April 30, 2013                JOSEPH SCHLESINGER
                                     Acting Federal Defender


                                     /s/ Angeles Zaragoza
                                     ANGELES ZARAGOZA
                                     Assistant Federal Defender
                                     Attorney for Defendant


DATED: April 30, 2013                BENJAMIN WAGNER
                                     United States Attorney


                                     /s/ Angeles Zaragoza for
                                     NIRAV DESAI
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance

2

outweigh the best interests of the public and defendant in a speedy trial.

    The Court orders that the time from the date of the parties stipulation, up to and including May 17, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 10, 2013 status conference shall be continued until May 17, 2013, at 9:00 a.m.

Dated:  May 1, 2013

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

3